**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOE HAND PROMOTIONS, INC.,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No.: 16-cv-4834** |
| | : | |
| **M AMIR C INC., et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this __13th__ day of July, 2020, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 30), no response having been filed, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

(1)    The Motion for Summary Judgment against Defendant, M Amir C, Inc., is **GRANTED**;

(2)    The Motion for Summary Judgment against Defendant, Mohammed Amir Chughtai, in his individual capacity is **DENIED**;

(3)    Judgment is entered in favor of Plaintiff against Defendant, M Amir C, Inc., in its corporate capacity in the amount of $14,504.00 plus attorneys' fees and costs.

It is **FURTHER ORDERED** that within fourteen (14) days from the date of this Order, Plaintiff shall submit any motion for Attorneys' Fees, including an appropriate Fee Affidavit, in support of any requested award of attorneys' fees and costs pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge